DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CHAISIRI CHAUTONG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:08-mj-0195 SMS |
|---|---|---|
| *Plaintiff*, | ) | ORDER RE:  RECONVEYANCE OF REAL PROPERTY |
| v. | ) | |
| CHAISIRI CHAUTONG, | ) | |
| *Defendant*. | ) | |

# **O R D E R**

On August 29, 2008, Chaisiri Chautong appeared before Magistrate Judge Austin seeking modification of his conditions of release.  The conditions of release were modified.  Previously, on August 27, 2008, the defendant recorded a Deed of Trust (**Doc. No. 2008-0122659**) with the Fresno County Recorder's Office naming the Clerk of the United States District Court, Eastern District of California, as the Beneficiary.  Since the defendant was not able to perfect the original property bond, he requested that the Clerk of the Court reconvey the property to the owner.

Accordingly, the Court orders that the title to the real property be reconveyed to the owner, Ms. Lilly Tang.

IT IS SO ORDERED.

Dated:   September 3, 2008           /s/ **Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE