**FILED**

JUL 1 3 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
  DEPUTY CLERK

1  JIM T. ELIA, 79995
   ATTORNEY AT LAW
2  2300 TULARE STREET, SUITE 140
   FRESNO, CALIFORNIA 93721
3
   TELEPHONE: (559) 498-3600          FACSIMILE: (559) 498-6391
4
   ATTORNEY FOR DEFENDANT CHAISIRI CHAUTONG

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO: 1:08-MJ-00195S-SMS |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs ) | |
| ) | |
| CHAISIRI CHAUTONG ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that the bond in the above-captioned case be exonerated and title to the real property securing said bond be reconveyed to the owner of said property. (DEED DOC #2008-0122659).

Also included in the above entitled case to be exonerated is a cash bond of $10,000.00 (RECEIPT NO# CAE 100004310

DATED: 7/13/09

HONORABLE SANDRA M. SNYDER
HONORABLE JUDGE OF THE UNITED STATES
COURT EASTERN DISTRICT OF CALIFORNIA

Gary S. Austin

- 3 -