```
1  JIM T. ELIA, 79995
   ATTORNEY AT LAW
2  2300 TULARE STREET, SUITE 140
   FRESNO, CALIFORNIA 93721
3
   TELEPHONE: (559) 498-3600          FACSIMILE: (559) 498-6391
4
   ATTORNEY FOR DEFENDANT CHAISIRI CHAUTONG
5
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | **CASE NO: 1:08-MJ-00195-SMS** |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **APPLICATION FOR ORDER** |
| v. | ) | **OF RETURN OF DEFENDANT'S** |
| | ) | **PASSPORT**; ORDER |
| CHAISIRI CHAUTONG | ) | |
| Defendant. | ) | |
| | ) | |

Defendant CHAISIRI CHAUTONG, by and through his counsel of record, Attorney Jim T. Elia, hereby moves this court for an order to return defendant's passport.

On June 12, 2009 defendant Chaisiri Chautong was sentenced in the Eastern District of Michigan. At that time defendant was ordered by the court to pay restitution of $150, 385.00 within a two year period. Defendant was ordered to reside in a Residential Re-entry Center (halfway house) for the first 6 months. Following the Residential Re-entry Center, the defendant was ordered to participate in the home confinement program for a period of 6 months. Defendant also needs to complete an English proficiency course.

On September 4, 2008 defendant's passport #M683308 issued by Thailand was given to the Court. Since Mr. Chautong has been sentenced he respectfully requests the Court return his Passport #M683308.

DATED: July 30, 2009                         Respectfully submitted,


                                             /s/ JIM T. ELIA
                                             ATTORNEY FOR DEFENDANT
                                             CHAISIRI CHAUTONG

1  
2  JIM T. ELIA, 79995  
ATTORNEY AT LAW  
2300 TULARE STREET, SUITE 140  
3  FRESNO, CALIFORNIA 93721  

4  TELEPHONE: (559) 498-3600           FACSIMILE: (559) 498-6391  

5  
**IN THE UNITED STATES DISTRICT COURT**  
6  
**FOR THE EASTERN DISTRICT OF CALIFORNIA**  
7  

8  UNITED STATES OF AMERICA   )   CASE NO: 1:08-MJ-00195-SMS  
             Plaintiff,   )  
9                  )   **ORDER**  
  vs             )  
10                 )  
  CHAISIRI CHAUTONG      )  
11             Defendant.  )  
                  )  
12  

13  
**IT IS HEREBY ORDERED** that the passport #M683308 be returned to Chaisiri Chautong.  
14  

15  IT IS SO ORDERED.  

16  **Dated:   September 12, 2011**           /s/ Sandra M. Snyder  
                       UNITED STATES MAGISTRATE JUDGE  
17  

- 2 -